IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50687
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE DAVID SANCHEZ-MELGAR, also known
as Jose David Ramirez-Sanchez,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CR-67
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jose David Sanchez-Melgar appeals his conviction and
sentence for illegal re-entry following deportation in violation
of 8 U.S.C. § 1326.  Sanchez-Melgar argues that a prior felony
conviction is an element of the offense which must be alleged and
proved to support an enhanced sentence under § 1326(b)(1).  This
court has held that subsection § 1326(b) is a sentencing
enhancement provision rather than a separate offense.  United
States v. Vasquez-Olvera, 999 F.2d 943, 945-47 (5th Cir. 1993),
cert. denied, 114 S. Ct. 889 (1994).

---

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

AFFIRMED.